BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 1:10-CR-00205 LJO |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION TO RESCHEDULE |
| v.  ) | STATUS CONFERENCE |
| ) | |
| ADAM HOWE,  ) | |
| ) | DATE: June 25, 2010 |
| ) | TIME: 8:45 a.m. |
| Defendant.  ) | PLACE: Courtroom Four |
| ) | HON: Lawrence J. O'Neill |

The parties have agreed to continue the status conference scheduled for June 11, 2010, at 9:00 a.m. until June 25, 2010, at 8:45 a.m. The government will be providing discovery to the defense within the statutory time frame and local rules. The defense will not have had an opportunity to review it prior to the currently scheduled court date, so nothing meaningful will be accomplished if the current date is kept. It is anticipated that the defendant may know whether any motions might be filed once discovery is reviewed.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for defense

1

1  investigation and to preserve the interests of justice under 18
2  U.S.C. § 3161(h)(7)(A).

3  Dated:     June 10, 2010            Respectfully submitted,
4                                      BENJAMIN B. WAGNER
                                       United States Attorney
5

6                                      /s/ David L  Gappa
                                   By: DAVID L. GAPPA
7                                      Assistant U.S. Attorney
8
9                                      /s/ Victor M. Chavez
                                       VICTOR M. CHAVEZ
10                                     Counsel for Adam Howe

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ADAM HOWE,<br><br>              Defendant. | 1:10-CR-00205 LJO<br><br>ORDER ON STIPULATION TO<br>RESCHEDULE STATUS CONFERENCE<br><br><br>DATE: June 25, 2010<br>TIME: 8:45 a.m.<br>PLACE: Courtroom Four<br>HON: Lawrence J. O'Neill |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on June 10, 2010, the status conference for this case is continued until June 25, 2010, at 8:45 a.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

**Dated:   June 10, 2010**              /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE