# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 05 2010
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Adam Howe )<br>) | Case No. 1:10CR0205 LJO |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Adam Howe_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to not have contact with any minor, except in the presence of the minor's parent or legal guardian, is amended to allow the defendant to have contact with his own children in the presence of a third party, approved by the children's mother, Linda Howe, and Pretrial Services.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   5 NOV 10         _____   11-5-10
Signature of Defendant       Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      11/5/10
Signature of Assistant United States Attorney  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      11-5-10
Signature of Defense Counsel                   Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___Nov 5, 2010___.
☐ The above modification of conditions of release is *not* ordered.

_____                      Nov 5, 2010
Signature of Judicial Officer                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services