# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:10-CR-00205-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ADAM HOWE, | |
| Defendant. | |

The above-named defendant having been sentenced on January 21, 2020, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  __January 21, 2020__          _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE