Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for ADAM HOWE

### IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:10-cr-205 DAD/EPG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| vs. | ) | |
| | ) | Date: September 1, 2020 |
| ADAM HOWE, | ) | Time: 2:00 p.m. |
| | ) | |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the status hearing currently set for August 18, at 2:00 p.m., to **September 1, 2020, at 2:00 p.m**., for further negotiations and defense preparation.

**SO STIPULATED.**

Dated:     August 17, 2020

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
ADAM HOWE

*Stipulation to and Proposed Order To Continue Status Hearing*
*United States v. Howe, Case No. 1:10-cr-205*     1

Dated:     August 17, 2020              McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ David Gappa
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff
                                        United States of America

**ORDER**

**IT IS SO ORDERED.** The status hearing currently set for August 18, 2020 shall be continued to **September 1, 2:00 p.m., 2020** before the duty magistrate judge.

Dated:   **August 18, 2020**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

*Stipulation to and Proposed Order To Continue Status Hearing*
*United States v. Howe, Case No. 1:10-cr-205*   2