```
Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for ADAM HOWE
```

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:10-cr-205 DAD/EPG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| vs. | ) | |
| | ) | Date:  September 15, 2020 |
| ADAM HOWE, | ) | Time:  2:00 p.m. |
| | ) | |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to

continue the status hearing currently set for September 1, 2020, at 2:00 p.m., to

<u>September 15, 2020, at 2:00 p.m</u>., for further negotiations and defense preparation.

SO STIPULATED.

*Stipulation to and Order To Continue Status Hearing*
*United States v. Howe, Case No. 1:10-cr-205*   1

Dated:     August 25, 2020

                                               /s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
ADAM HOWE

Dated:     August 25, 2020          McGREGOR W. SCOTT
United States Attorney

By: /s/ David Gappa
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## ORDER

**IT IS SO ORDERED.** The status hearing currently set for September 1, 2020 shall be continued to **September 15, 2:00 p.m., 2020,**

IT IS SO ORDERED.

Dated:   **August 26, 2020**                      _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

*Stipulation to and Order To Continue Status Hearing*
*United States v. Howe, Case No. 1:10-cr-205*   3