1   Carolyn D. Phillips #103045
    Attorney at Law
2   P.O. Box 5622
    Fresno, California  93755-5622
3   559/248-9833

4   Attorney for ADAM HOWE

5

6

7

8            IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES,                    )    Case No. 1:10-cr-205 NONE
                                      )
13              Plaintiff,            )    **STIPULATION AND**
                                      )    **ORDER TO CONTINUE**
14                                    )    **SENTENCING HEARING**
    vs.                               )
15                                    )    Date:  December 17, 2020
    ADAM HOWE,                        )    Time:  9:30 a.m.
16                                    )    Judge Dale A. Drozd
                     Defendant.       )
17  _____  )

18          The parties by and through their respective counsel stipulate and agree to

19  continue the sentencing hearing currently set for November 19, 2020, at 9:30 a.m., to

20  **December 17, 2020, at 9:30 a.m**.  Defendant's counsel needs further time to review the

21

22

23  *Stipulation to and Order To Continue Sentencing Hearing*
    *United States v. Howe, Case No. 1:10-cr-205*    1

1    Dispositional Memorandum and recommendations received October 28, 2020, with Mr.

2    Howe, and to conduct further investigation regarding sentencing options and defenses.

3        **SO STIPULATED.**

4        Dated:        November 16, 2020

5                                                              /s/ Carolyn D. Phillips

6                                                              Carolyn D. Phillips
                                                             Attorney for Defendant

7                                                              ADAM HOWE

8        Dated:        November 16, 2020        McGREGOR W. SCOTT
                                                             United States Attorney

9

10                                                            By: /s/ David Gappa
                                                             Assistant U.S. Attorney

11                                                            Attorneys for Plaintiff
                                                             United States of America

12

13                                              **ORDER**

14        **IT IS SO ORDERED.** The sentencing hearing currently set for November 19, 2020 shall

15    be continued to **December 17, 2020, 9:30 a.m., 2020**.

16

17        IT IS SO ORDERED.

18        Dated:   **November 16, 2020**        _____
                                                             UNITED STATES DISTRICT JUDGE

19

20

21

22

23    *Stipulation to and Order To Continue Sentencing Hearing*
      *United States v. Howe, Case No. 1:10-cr-205*    2