UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM HOWE<br><br>Defendant. | Case No.  1:10-cr-00205-NONE<br><br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on February 24, 2021 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:   **February 24, 2021**        _____
                                       UNITED STATES DISTRICT JUDGE

1